ORIGINAL

FILED

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0433

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0433

IN THE PARENTING OF:

T.J.E.,

    A Minor Child,

RACHEL RENE ERICKSON,

    Petitioner and Appellant,

and

TRAVIS JOHN ERICKSON,

    Respondent and Appellee.

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Appellant has filed a motion for extension of time to file the transcripts in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. The Court reporter shall have until February 19, 2021, within which to file the transcripts.

No further extensions will be granted without an affidavit from the court reporter.

The Clerk is directed to provide a copy of this Order to all parties of record and to the court reporter.

DATED this 26 day of January, 2021.

For the Court,

_____
Chief Justice